**ORDER:**
Motion granted.

*[signature]* F. Clifton Knowles
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JIMMY D. WRIGHT,**<br><br>*Plaintiff*,<br><br>v.<br><br>**BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.,**<br><br>*Defendants*. | Case No. 3:12-cv-00355 |

## DEFENDANTS MOTION TO WITHDRAW THEIR MOTION FOR AN ORDER COMPELLING DISCOVERY RESPONSES

Defendants Bank of America, N.A. and ReconTrust Company, N.A. ("Defendants"), respectfully move this Court to allow them to withdraw the previously filed Motion for an Order Compelling Discovery Responses filed on January 10, 2013 (the "Motion") [Doc. No. 16]. After filing the Motion, Plaintiff responded to the discovery requests on January 16, 2013, and, therefore, Defendants request that the Court allow them to withdraw the Motion.

This the 24th day of January, 2013.

Respectfully submitted,

/s/ Paul Allen England
Paul Allen England (BPR # 26288)
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2200 (phone)
(615) 742-0705 (fax)
paul.england@stites.com

*Attorneys for Bank of America, N.A. and ReconTrust Company, N.A.*